Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 17−34495−ABA
                       Chapter: 13
                       Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Horace W. Smith
   2465 Coronado Dr
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−8198

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 August 16, 2019
Time:               09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*53* − Certification in Opposition to (related document:52 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/16/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Andrew Thomas Archer on behalf of Horace W. Smith. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: July 9, 2019
JAN: bed

                                                            Jeanne Naughton
                                                            Clerk