Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−34495−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Horace W. Smith
   2465 Coronado Dr
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−8198

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/29/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 29, 2020
JAN: bc

                                                                Jeanne Naughton
                                                                Clerk

```
United States Bankruptcy Court
       District of New Jersey

In re:                                                           Case No. 17-34495-ABA
Horace W. Smith                                                  Chapter 13
      Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Jan 29, 2020
                              Form ID: 148             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db           #+Horace W. Smith,    2465 Coronado Dr,    Vineland, NJ 08360-6805
517304122     +Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
517213363     +KML Law Group, PC,    701 Market St,    Ste 5000 - BNY Independence Center,
               Philadelphia, PA 19106-1538
517213364     +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    Mail Stop MS5/251,
               Miami, FL 33146-1837
517222852     +Nelnet on behalf of ASA,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
517213367     +PMAB, LLC,    4135 South Stream Blvd,    Suite 400,    Charlotte, NC 28217-4636
517213368     +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
517240742     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 23:28:11      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 23:28:09      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517213360     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 29 2020 23:28:28
               Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
               Miami, FL 33146-1873
517520728     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 29 2020 23:28:28
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables FL 33146-1837
517213361     +EDI: CAPITALONE.COM Jan 30 2020 04:03:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517223296      EDI: DISCOVER.COM Jan 30 2020 04:03:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH 43054-3025
517213362     +EDI: DISCOVER.COM Jan 30 2020 04:03:00      Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
517388994      EDI: ECMC.COM Jan 30 2020 04:03:00      Educational Credit Management Corporation,
               PO Box 16408,    St. Paul, MN 55116-0408
517388995      EDI: ECMC.COM Jan 30 2020 04:03:00      Educational Credit Management Corporation,
               PO Box 16408,    St. Paul, MN 55116-0408,    Educational Credit Management Corporatio,
               PO Box 16408,    St. Paul, MN 55116-0408
517305561      E-mail/Text: camanagement@mtb.com Jan 29 2020 23:27:58      Lakeview Loan Servicing, LLC,
               c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
517213365      E-mail/Text: camanagement@mtb.com Jan 29 2020 23:27:58      M & T Bank,    Po Box 844,
               Buffalo, NY 14240
517318325     +EDI: MID8.COM Jan 30 2020 04:03:00      Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
517213366     +E-mail/Text: electronicbkydocs@nelnet.net Jan 29 2020 23:28:14      Nelnet,
               Nelnet Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517328883      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2020 23:34:11
               Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517322799      EDI: Q3G.COM Jan 30 2020 04:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
517213369     +EDI: SWCR.COM Jan 30 2020 04:03:00      Southwest Credit Systems,    4120 International Parkway,
               Suite 1100,    Carrollton, TX 75007-1958
517217013     +EDI: RMSC.COM Jan 30 2020 04:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517213370     +EDI: RMSC.COM Jan 30 2020 04:03:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
517213371      EDI: AISTMBL.COM Jan 30 2020 04:03:00      TMobile,    PO Box 742596,    Cincinnati, OH 45274
517230562     +EDI: AIS.COM Jan 30 2020 04:03:00      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517213372      EDI: TFSR.COM Jan 30 2020 04:03:00      Toyota Motor Credit Co,    Toyota Financial Services,
               Po Box 8026,    Cedar Rapids, IA 52408
517326647     +EDI: AIS.COM Jan 30 2020 04:03:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517235760*    +Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
               Miami, FL 33146-1873
517235761*    +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
517235762*    +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
517235763*    +KML Law Group, PC,    701 Market St,    Ste 5000 - BNY Independence Center,
               Philadelphia, PA 19106-1538
517235764*    +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    Mail Stop MS5/251,
               Miami, FL 33146-1837
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Jan 29, 2020
                              Form ID: 148               Total Noticed: 30
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
517235765*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,     626 COMMERCE DRIVE,     AMHERST NY 14228-2307
                 (address filed with court:  M & T Bank,     Po Box 844,     Buffalo, NY 14240)
517235766*      +Nelnet,    Nelnet Claims/Bankruptcy,     Po Box 82505,     Lincoln, NE 68501-2505
517235767*      +PMAB, LLC,     4135 South Stream Blvd,     Suite 400,     Charlotte, NC 28217-4636
517235768*      +Raymour & Flanigan,    Attn: Legal Dept,     7248 Morgan Rd,     Liverpool, NY 13090-4535
517235769*      +Southwest Credit Systems,     4120 International Parkway,     Suite 1100,
                 Carrollton, TX 75007-1958
517235770*      +Synchrony Bank/Care Credit,     Attn: Bankruptcy,    Po Box 965060,     Orlando, FL 32896-5060
517235771*     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,     4515 N SANTA FE AVE,     OKLAHOMA CITY OK 73118-7901
                 (address filed with court:  TMobile,    PO Box 742596,     Cincinnati, OH 45274)
517235772*     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,     CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
                                                                                             TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Andrew Thomas Archer    on behalf of Debtor Horace W. Smith aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    LakeView Loan Servicing, LLC
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Mina M Beshara    on behalf of Creditor    Bayview Loan Servicing, LLC mbeshara@hinshawlaw.com
          Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```